IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

AUG 9 2023 PM4:30
FILED - USDC - NDTX - AM

MICHAEL JARROW,

    Plaintiff,

v.

GERALD G. GRANAT,

    Defendant.

2:21-CV-046-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff. (ECF No. 23). Objections to the findings, conclusions, and recommendation have been filed.[1] After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**.

**IT IS SO ORDERED**.

August 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a Motion for Extension of Time to File Objection (ECF No. 25) on August 1, 2023, contemporaneous with his untimely Objection and Brief in Support (ECF Nos. 26, 27). The Court **GRANTS** that motion.